IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINDY JEANNETTE BRINDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-0352 |
| ) | Judge Trauger |
| PHILIPS ELECTRONICS NORTH AMERICA ) | |
| CORPORATION, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the plaintiff's Motion for Remand (Docket No. 11) is **DENIED**, and the defendants' Motions to Dismiss (Docket Nos. 16 and 18) are **GRANTED**. This case will proceed as a retaliatory discharge action against Philips Electronics North America Corporation. All other claims and defendants are **DISMISSED**.

The Initial Case Management Conference is set for August 22, 2011 at 3:00 p.m.

It is so ordered.

Enter this 19th day of July 2011.

ALETA A. TRAUGER
United States District Judge